1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    MICHAEL DEMINTER,

11                        Plaintiff,

12          v.

13    CAROLYN W. COLVIN, Acting
      Commissioner of the Social Security
14    Administration,

15                        Defendant.

CASE NO. 3:15-cv-05735 JRC

ORDER ON STIPULATED MOTION
FOR EQUAL ACCESS TO JUSTICE
ACT FEES AND COSTS

16

17          This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

18    Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge

19    and Consent Form, Dkt. 4; Consent to Proceed Before a United States Magistrate Judge, Dkt. 5).

20    This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act

21    Fees and Costs (*see* Dkt. 15).

22          Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of

23    the parties (*see* Dkt. 15) and the relevant record, it is hereby ORDERED that EAJA attorney's

24

1  fees of $5,898.68 shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue*

2  *v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).

3       It is further ORDERED that costs in the amount of $400.00 shall be awarded to plaintiff

4  pursuant to 28 U.S.C. § 1920.

5       The Acting Commissioner agrees to contact the Department of Treasury after the Order

6  for EAJA fees and costs is entered to determine if the EAJA fees and costs are subject to any

7  offset.  If it is determined that plaintiff's EAJA fees and costs are not subject to any offset

8  allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA

9  fees and for costs shall be made payable to Dellert Baird Law Offices, PLLC, based on plaintiff's

10  assignment of these amounts to plaintiff's attorney.  If there is an offset, the remainder shall be

11  made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.*,

12  Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees and costs shall be mailed to

13  plaintiff's counsel, Christopher H. Dellert, Esq., at Dellert Baird Law Offices, PLLC, 524

14  Tacoma Ave. S., Tacoma, WA 98402.

15       Dated this 17th day of June, 2016.

16

17       _____
         J. Richard Creatura
18       United States Magistrate Judge

19

20

21

22

23

24

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES AND COSTS - 2